JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. MANGO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BREAKING DIGEST LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-06657-SB-JC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting in part Plaintiff Gregory P. Mango's motion for default judgment, the Court enters final judgment as follows:

1. Plaintiff is AWARDED $6,500 in statutory damages against Defendant; and

2. Plaintiff is AWARDED $850 in attorney's fees.

3. Plaintiff is AWARDED $940.21 in costs.

This is a final judgment.

Date: March 19, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge